

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00734-CV

Sabian R. **SANTOS**,
Appellant

v.

Rene **DELUNA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI13781
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We tax costs of court against appellant Sabian R. Santos.

SIGNED January 24, 2024.

_____
Rebeca C. Martinez, Chief Justice